AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| JPMorgan Chase Bank, N.A. <br><br> *Plaintiff(s)* <br> v. <br> Nancy Ablett; David Ablett; West H&A LLC; Warranted Effectuation of Substitute Transferee, Inc.; and Advent Mortgage Corp. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 4:17-cv-888-ALM-CAN |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Warranted Effectuation of Substitute Transferee, Inc.
c/o its registered agent, CorpNet, Inc.
340 N. Westlake Blvd., Ste. 210
Westlake Village, CA 91362

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Wm. Lance Lewis and Rachel L. Hytken
Quilling, Selander, Lownds, Winslett & Moser, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12/28/17

David A. O'Poole
*Signature of Clerk or Deputy Clerk*

AO 440(Rev. 6/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:17-cv-888-ALM-CAN

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* Warranted Effectuation of Substitute Transferee, Inc. c/o its registered agent, CorpNet, Inc.

was received by me on December 28, 2017

☐ I personally served the Service Documents on the individual at     on

☐ I left the Service Documents at the individual's residence or usual place of abode with _____ ,a person of suitable age and discretion who resides there, on *(date)* , and mailed a copy to the individual's last known address; or

☑ I served the Summons In A Civil Action; Plaintiff's Original Complaint; Exhibits to Ashley Jones - Person Authorized to Accept for Registered Agent CorpNet, Inc. , who is designated by law to accept service of process on behalf of Warranted Effectuation of Substitute Transferee, Inc. c/o its registered agent, CorpNet, Inc. on December 29, 2017 1:45 PM

☐ I returned the Summons In A Civil Action; Plaintiff's Original Complaint; Exhibits unexecuted because;

My fees are $ .00 for travel and $     services, for a total of $

I declare under penalty of perjury that this information is true.

Date: 12/29/2017

*Server's signature*

Douglas Kingsbury, Registered Process Server
*Printed name and title*

Special Delivery
5470 L.B.J. Freeway
Dallas, TX 75240
(800) 352-7290
*Server's Address*

A0440-A3630