AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| JPMorgan Chase Bank, N.A.<br><br>_Plaintiff(s)_<br>v.<br>Nancy Ablett; David Ablett; West H&A LLC;<br>Warranted Effectuation of Substitute Transferee, Inc.;<br>and Advent Mortgage Corp.<br><br>_Defendant(s)_ | Civil Action No. 4:17-cv-888-ALM-CAN |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ West H&A LLC
c/o Texas Secretary of State
Service of Process
P.O. Box 12079
Austin, Texas 78711-2079

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Wm. Lance Lewis and Rachel L. Hytken
Quilling, Selander, Lownds, Winslett & Moser, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _12/27/17_

_David A. O'Poole_
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:17-cv-888-ALM-CAN

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

**\*\*SEE ATTACHED\*\***
**\*\*AFFIDAVIT\*\***

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____                _____
                                            *Server's signature*

                                            _____
                                            *Printed name and title*

                                            _____
                                            *Server's address*

Additional information regarding attempted service, etc:

## AFFIDAVIT OF SERVICE

**State of Texas**         **County of**         **U.S. Eastern District Court**

Case Number: 4:17-CV-888-ALM-CAN

**Plaintiff:**
JPMorgan Chase Bank, N.A.

vs.

**Defendant:**
Nancy Ablett; David Ablett; West H&A LLC; Warranted Effectuation of Substitute Transferee, Inc.; and Advent Mortgage Corp.

Received by Stinnett Process LLC on the 28th day of December, 2017 at 4:47 pm to be served on **West H&A LLC, by delivering to the Texas Secretary of State, 1019 Brazos St., Austin, TX 78701.**

I, Barbara C. Stinnett, being duly sworn, depose and say that on the 29th day of December, 2017 at 11:10 am, I:

Delivered true duplicate copies of the documents: **Summons in a Civil Action; Plaintiff's Original Complaint; Exhibits A, B, C, D, and E** with the date of service endorsed thereon by me, to the Texas Secretary of State, by delivering it to **Venita Moss at 1019 Brazos St., Austin, TX 78701, Travis County,** as the designated agent for the Texas Secretary of State to accept service of process on behalf of **West H&A LLC.** An administrative fee of $55.00 was also tendered.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

State of _Texas_, County of _Travis_

Subscribed and Sworn to before me on the _29_ day of _December_, _2017_ by the affiant who is personally known to me.

_____
NOTARY PUBLIC

HARRISON STINNETT
My Notary ID # 129047716
Expires July 9, 2020

_____
Barbara C. Stinnett
PSC-1181; Exp: 07/31/2020

Stinnett Process LLC
P.O. Box 684627
Austin, TX 78768
(512) 797-3399

Our Job Serial Number: SNN-2017001645
Ref: 362-0404 362-0406

Copyright © 1992-2017 Database Services, Inc. - Process Server's Toolbox V7.1h

# The State of Texas
## Secretary of State

2018-287231-2

I, the undersigned, as Secretary of State of Texas DO HEREBY CERTIFY that according to the records of this office, a copy of the Summons and Plaintiff's Original Complaint in the cause styled:

JPMorgan Chase Bank, N.A. VS Nancy Ablett, et al
United States District Court Eastern District of Texas
Cause No: 417cv888ALMCAN

was received by this office on December 29, 2017, and that a copy was forwarded on January 5, 2018, by CERTIFIED MAIL, return receipt requested to:

West H&A LLC
433 N. Camden Dr. 6th Floor #7
Beverly Hills, CA 90210

The RETURN RECEIPT was received in this office dated January 8, 2018, bearing signature.



Date issued: January 9, 2018

Rolando B. Pablos
Secretary of State

GF/vm