# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., | § |
| | § Civil Action No. 4:17-CV-888 |
| v. | § (Judge Mazzant/Judge Nowak) |
| | § |
| NANCY ABLETT, ET AL. | § |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 17, 2018, the report of the Magistrate Judge (Dkt. #31) was entered containing proposed findings of fact and recommendations that Plaintiff's Motion for Default Judgment Against Defendants WEST H&A, LLC, Warranted Effectuation of Substitute Transferee, Inc., and Advent Mortgage Corp. (Dkt. #16) be granted in part and denied in part, and that default judgment be entered for Plaintiff. Specifically, the Magistrate Judge found that Plaintiff is entitled to a default judgment on Plaintiff's quiet title claim and requests for declaratory relief, but is not entitled to default on Plaintiff's claims under Texas Civil Practice and Remedies Code § 12.002.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Plaintiff's Motion for Default Judgment Against Defendants WEST H&A, LLC, Warranted Effectuation of Substitute Transferee, Inc., and Advent Mortgage Corp. (Dkt. #16) is **GRANTED IN PART AND DENIED IN PART**, and a default judgment shall be entered for Plaintiff.

**IT IS SO ORDERED.**

SIGNED this 20th day of September, 2018.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE